IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP VAN ZANT,

    Petitioner,

v.                                                               4:17cv354–WS/CJK

JULIE L. JONES,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 22) docketed July 17, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DISMISSED as untimely. Petitioner has filed objections (doc. 23) to the report and recommendation and has, as well, filed a premature notice of appeal (doc. 24). *See Perez-Priego v. Alachua Cty. Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998) (explaining that a magistrate judge's report and recommendation that has not yet been adopted by the district court at the time an appellant files a notice of appeal is not final and appealable, and thus an

appeal therefrom is premature).

Upon review of the record and law in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is adopted and incorporated by reference in this order of the court.

2. Respondent's motion to dismiss (doc. 19) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Phillip Van Zant,* Leon County Circuit Court Case No. 1976–CF–450, is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

5. A certificate of appealability is DENIED.

6. Petitioner is advised that if he intends to appeal to the Eleventh Circuit Court of Appeals he must file another notice of appeal within the time limit prescribed by Federal Rule of Appellate Procedure 4(a).

DONE AND ORDERED this ___14th___ day of ___August___, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE